13207

BOSWELL v. BOSWELL

(159 S. E., 652)

*Messrs. James H. Hammond* and *C. T. Graydon,* for appellant,

*Mrs. S. Evelyn Lester* and *D. M. Winter,* for respondent,

July 18, 1931.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

The decree of his Honor, Judge Shipp, confirming the report of the master is entirely satisfactory to the Court, and it is accordingly affirmed.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES STABLER, CARTER and BONHAM concur.